# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00734-RJC-DSC

| | |
|---|---|
| **TERRI BURLESON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| **v.** ) | |
| ) | |
| **SUNTRUST BANKS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Application for Admission to Practice Pro Hac Vice [for Gary F. Lynch]" (document # 24) filed June 21, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: June 21, 2013

David S. Cayer
United States Magistrate Judge