# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00734-RJC-DSC

| | |
|---|---|
| **TERRI BURLESON,** )<br> )<br>      **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**SUNTRUST BANKS, INC., et al.,** )<br> )<br>      **Defendants.** ) | **ORDER** |

**THIS MATTER** is before the Court on the Plaintiff's "Application for Admission to Practice Pro Hac Vice [for Michael J. Hynes]" (document # 26) filed October 17, 2013. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: October 17, 2013

David S. Cayer
United States Magistrate Judge